UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **Keshell Rodgers**, an individual<br><br>        Plaintiff,<br><br>    v.<br><br>**Smith's Food and Drug Centers, Inc.**,<br>a foreign corporation;<br><br>**The Kroger Co.**, a foreign corporation;<br>and<br><br>**Does 1-10**; and **Roe Business Entities 11-20**,<br><br>        Defendants. | Case No. 2:26-cv-01422-ART-EJY<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ONLY DEFENDANT THE KROGER CO.** |

IT IS HEREBY STIPULATED AND AGREED by and between Matthew J. Winters, Esq. and S. Alex Spelman, Esq. of the firm WINTERS SPELMAN PLLC, as counsel of record for Plaintiff KESHELL RODGERS, and Jerry S. Busby, Esq. and Scott L. Stonehocker, Esq. of the firm COOPER LEVENSON P.A., as counsel of record for Defendants SMITH'S FOOD & DRUG CENTERS, INC. and THE KROGER CO., as follows:

1.    That all claims herein of Plaintiff KESHELL RODGERS against Defendant, THE KROGER CO. *only*, be dismissed without prejudice, each party to bear their own fees and costs; and

//

//

NG-C2N3CBX6 4929-6396-6644.1

2.       That there is no trial date scheduled in this matter inasmuch as this case has only recently been removed to the U.S. District Court, District of Nevada.

IT IS SO STIPULATED.

DATED this 24th day of June, 2026

WINTERS SPELMAN PLLC

/s/ S. Alex Spelman
S. Alex Spelman, Esq.
Nevada Bar No. 14278
3191 E. Warm Springs Rd.
Las Vegas, Nevada 89120
(702) 832-0342
Attorneys for Plaintiff
KESHELL RODGERS

DATED this 24th day of June, 2026

COOPER LEVENSON, P.A.

/s/ Jerry S. Busby
Jerry S. Busby, Esq.
Nevada Bar No. 1107
Scott L. Stonehocker, Esq.
Nevada Bar No. 5512
3016 West Charleston Blvd., #195
Las Vegas, Nevada 89102
Attorneys for Defendants
SMITH'S FOOD & DRUG CENTERS, INC.
THE KROGER CO.

## ORDER

**IT IS SO ORDERED.** Case dismissed without prejudice, as to Defendant THE KROGER CO. only, each party to bear their own fees and costs.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

DATED: June 25, 2026

Submitted By:

COOPER LEVENSON, P.A.

/s/ Jerry S. Busby
Jerry S. Busby, Esq.
Nevada Bar No. 1107
Scott L. Stonehocker, Esq.
Nevada Bar No. 5512
3016 West Charleston Boulevard, #195
Las Vegas, Nevada 89102
Attorneys for Defendants
SMITH'S FOOD & DRUG CENTERS, INC.
THE KROGER CO.

2

NG-C2N3CBX6 4929-6396-6644.1