JERRY S. BUSBY
Nevada Bar #001107
SCOTT L. STONEHOCKER
Nevada Bar #005512
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
sstonehocker@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **Keshell Rodgers**, an individual<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Smith's Food and Drug Centers, Inc.**,<br>a foreign corporation;<br><br>**The Kroger Co.**, a foreign corporation;<br>and<br><br>**Does 1-10**; and **Roe Business Entities 11-20**,<br><br>　　　　Defendants. | Case No. 2:26-cv-01422-ART-EJY<br><br><br>**STIPULATED JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |

COMES NOW Defendant SMITH'S FOOD & DRUG CENTERS, INC. ("SMITH'S"), by and through its counsel, JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A. and Plaintiff KESHELL RODGERS, by and through her counsel, S. ALEX SPELMAN, ESQ. of the law firm WINTERS SPELMAN PLLC, and hereby submit their Proposed Stipulated Discovery Plan and Scheduling Order[1].

---

[1] A stipulation dismissing Defendant, THE KROGER CO., was submitted to this Court on June 24, 2026.

NG-C2N3CBX6 4904-5176-0823.2

**Fed.R.Civ.P. 26(f) Conference.**

This case was removed to this Court on May 8, 2026. Counsel for the parties attended the mandatory FRCP 26(f) conference June 2, 2026. Specifically, the conference was attended by S. Alex Spelman for Plaintiff and Scott L. Stonehocker for Defendant. At the conference, Plaintiff's counsel represented that his client has completed treatment for the injuries she is claiming in this lawsuit. Accordingly, based on said representations and further based on counsels' discussions at the FRCP Rule 26 conference, counsel jointly agreed to 180 days for discovery after removal.

At the conference, there were no discovery disputes. The parties agreed to exchange their disclosure statements in a timely manner. Based upon the discussion between counsel, the parties now submit the following proposed discovery schedule:

1.    **Discovery Cut-Off Date:** The parties are requesting 180 days for discovery from the date of removal, May 8, 2026. Thus, the parties request a discovery cut-off date of November 4, 2026 – 180 days after removal.

2.    **Amending the Pleadings and Adding Parties:**  The parties request that all motions to amend the pleadings or to add parties be filed no later than August 6, 2026, – 90 days prior to the proposed close of discovery.

3.    **Fed.R.Civ.P. 26(a)(2) Disclosures (Experts):**  The parties request the disclosure of experts be made on or before September 4, 2026 – 61 days before the proposed discovery cut-off date. Disclosure of rebuttal experts shall be made by October 5, 2026 – 30 days after the initial disclosure of experts.

4.    **Dispositive Motions:**  The date for filing dispositive motions shall be no later than December 4, 2026 – 30 days after the proposed discovery cut-off date.  In the event that the discovery period is extended from the discovery cut-off date set forth in this proposed Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended to be not later than 30 days from the subsequent discovery cut-off date.

5.    **Pretrial Order:**  The date for filing the joint pretrial order shall not be later than January 4, 2027 – 31 days after the cut-off date for filing dispositive motions.  In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days

NG-C2N3CBX6 4904-5176-0823.2

after decision on the dispositive motions or until further order of the court.  In the further event that the discovery period is extended from the discovery cut-off date set forth in this Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

6.      **Fed.R.Civ.P. 26(a)(3) Disclosures:**  The disclosures required by Fed.R.Civ.P. 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

7.      **Alternative Dispute Resolution:** Counsel for the parties certify that they met and conferred about the possibility of using alternative dispute resolution including mediation, arbitration and/or an early neutral evaluation. The parties agree that an early neutral evaluation would not be effective at this time as the parties and their counsel believe that it is necessary to conduct discovery before attempting to resolve this case.  Counsel further agree that a settlement conference or private mediation will be beneficial after discovery is concluded.  Finally, the parties and their counsel are not interested in submitting this case to arbitration.

8.      **Alternative Forms of Case Disposition:**  The parties certify that they discussed consenting to trial by a magistrate judge or engaging in the Short Trial Program under Fed. R. Civ. P. 73 and at present do not consent to either alternative form of case disposition.

9.      **Electronic Evidence:** The parties certify that they have discussed and intend to use electronic evidence at the trial of this matter and will ensure that said evidence is in an electronic format compatible with the Court's electronic jury evidence display system.  At present, the parties have not agreed upon any stipulations regarding use of electronic evidence but will address this issue again in the Pre Trial Order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

NG-C2N3CBX6 4904-5176-0823.2

10.    **Extensions or Modifications of the Discovery Plan and Scheduling Order:**  Any stipulation or motion must be made no later than 21 days before the subject deadline, unless supported by a showing of good cause.  Requests to extend discovery deadlines must comply fully with LR 26-3.

Respectfully submitted this 2nd day of July, 2026.

| WINTER SPELMAN PLLC | COOPER LEVENSON, P.A. |
|---|---|
| /s/ S. Alex Spelman | /s/ Scott L. Stonehocker |
| S. Alex Spelman, Esq. | Jerry S. Busby, Esq. |
| Nevada Bar No. 14278 | Nevada Bar No. 1107 |
| 3191 E. Warm Springs Rd. | Scott L. Stonehocker |
| Las Vegas, NV 89120 | Nevada Bar No. 5512 |
| (702) 832-0342 | 3016 West Charleston Boulevard, #195 |
| Attorneys for Plaintiff | Las Vegas, NV  89102 |
| KESHELL RODGERS | (702) 366-1125 |
| | Attorneys for Defendant |
| | SMITH'S FOOD & DRUG CENTERS, INC. |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  July 3, 2026

NG-C2N3CBX6 4904-5176-0823.2