UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**Keshell Rodgers**, an individual

Plaintiff,

v.

**Smith's Food and Drug Centers, Inc.**, a foreign corporation;

**The Kroger Co.**, a foreign corporation; and

**Does 1-10**; and **Roe Business Entities 11-20**,

Defendants.

Case No. 2:26-cv-01422-ART-EJY

**ORDER GRANTING**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

WHEREAS, all parties and their counsel have agreed upon a full and final settlement of this case;

IT IS HEREBY STIPULATED AND AGREED by and between Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and S. Alex Spelman, Esq. of the law firm WINTERS SPELMAN PLLC INJURY LAWYERS as counsel of record for Plaintiff KESHELL RODGERS as follows:

1. That the claims herein of Plaintiff KESHELL RODGERS against Defendant SMITH'S FOOD & DRUG CENTERS, INC., and all other defendants, shall be dismissed with prejudice, each party to bear their own fees and costs; and

/ / /

2. That this Stipulation and Order for Dismissal resolves all pending claims in this lawsuit, and the matter can be closed.

Respectfully submitted this 14th day of October, 2026.

WINTERS SPELMAN PLLC

/s/ S. Alex Spelman
S. Alex Spelman, Esq.
Nevada Bar No. 14278
3191 E. Warm Springs Rd.
Las Vegas, NV 89120
(702) 832-0342
Attorneys for Plaintiff
KESHELL RODGERS

COOPER LEVENSON, P.A.

/s/ Jerry S. Busby
Jerry S. Busby, Esq.
Nevada Bar No. 1107
3016 West Charleston Boulevard, #195
Las Vegas, NV 89102
(702) 366-1125
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**ORDER**

IT IS SO ORDERED. Case dismissed with prejudice.

ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

Dated this 14th day of October, 2026.